FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Devan Javon Mimms <br><br> Defendant. | Case No.: 8:21-CR-00229-DOC-1 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. CA__, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __substance abuse; refusal to participate in location monitoring; active warrant; lack of bail resources__

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __substance abuse, alleged text messages, DUI conviction, criminal history, warrant for assault__

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __1/28/22__

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE