UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DEVAN MIMMS,<br><br>　　　　　Defendant. | Case No. 8:21-cr-00229-DOC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for failure to appear for sentencing for admitted violations of the terms and conditions of supervision; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

　　　A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current admitted allegations; criminal history; failure to appear for sentencing; no viable sureties_

　　　and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current admitted allegations; criminal history; failure to appear for sentencing; no viable sureties*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: November 6, 2025_____

_____
JOHN D. EARLY
United States Magistrate Judge

2